UNITED STATES of America,
Plaintiff–Appellee

v.

Fernando SANTANA–MORENO, also known as Santiago Torresitas–Laguna, Defendant–Appellant.

No. 11–40270
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2012.

Miriam Elena Rea, Assistant U.S. Attorney, Milton Andrew Stover, Esq., U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Robert Gerard Arrambide, Esq., Assistant Federal Public Defender, Office of The Federal Defender–Eastern District, Frisco, TX, Amy R. Blalock, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

The Federal Public Defender appointed to represent Fernando Santana–Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Santana–Moreno has filed a response. The record is insufficiently developed to allow consideration at this time of Santana–Moreno's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Santana–Moreno's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.